■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY VELEZ, Appellant. [27 NYS3d 868]—

Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered September 30, 2014, convicting defendant, upon his plea of guilty, of murder in the first degree, and sentencing him to a term of 20 years to life, unanimously affirmed.

Defendant's challenges to his plea are unpreserved, and they do not come within the narrow exception to the preservation requirement (see *People v Conceicao*, 26 NY3d 375, 382 [2015]). We decline to review these claims in the interest of justice. As an alternative holding, we find that the record as a whole establishes that the plea was knowingly, intelligently and voluntarily made, notwithstanding any deficiencies in the plea colloquy, including the lack of reference to the right against self-incrimination (see *People v Tyrell*, 22 NY3d 359, 365 [2013]; *People v Harris*, 61 NY2d 9, 16-19 [1983]). Furthermore, there was nothing in defendant's allocution itself that cast doubt on his guilt. Accordingly, the court was not required to inquire into statements defendant made on other occasions (see e.g.

*People v Fiallo*, 6 AD3d 176, 177 [1st Dept 2004], *lv denied* 3 NY3d 640 [2004]). Concur—Mazzarelli, J.P., Andrias, Saxe, Moskowitz and Kahn, JJ.